IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01644-AP

MARK I. OROZCO,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Plaintiff.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.     APPEARANCES OF COUNSEL**

For Plaintiff:

Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant**:**

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
United States Attorney's Office
Deputy Chief, Civil Division
District of Colorado
Kevin.Traskos@usdoj.gov

Debra J. Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-1570
debra.meachum@ssa.gov

Attorneys for Defendant

2.  **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed**: 7/10/09.**
   B. Date Complaint Was Served on U.S. Attorney's Office**: 7/30/09.**
   C. Date Answer and Administrative Record Were Filed**: 8/12/09.**

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties, to the best of their knowledge, state that the administrative record is complete
   and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Neither party intends to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  **OTHER MATTERS**

   The parties have no other matters to bring to the attention of the court.

8.  **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due**:         12/8/09.**
   B. Defendant's Response Brief Due**:     1/8/10.**
   C. Plaintiff's Reply Brief (If Any) Due**:  1/23/10.**

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

   A.   Plaintiff's Statement:  Plaintiff does not request oral argument.
   B.   Defendant's Statement: Defendant does not request oral argument**.**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
   B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.**   **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**   **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 26th day of October, 2009.

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Michael W. Seckar 10/26/09**
Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**s/Debra J. Meachum 10/26/09**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 454-1570
debra.meachum@ssa.gov