IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-01644-LTB

MARK I. OROZCO,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

ORDER
_____

Upon the Stipulated Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (Doc 21 - filed July 23, 2010), it is

ORDERED that Defendant shall pay attorney fees in the amount of $4,487.31 under the Equal Access to Justice Act.

                                                                      BY THE COURT:

                                                                     s/Lewis T. Babcock
                                                                   LEWIS T. BABCOCK, JUDGE

DATED: July 26, 2010